UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tyerance Mickey

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 1752 ( )  ( )

Defendant __Tyerance Mickey__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

____   Conference Before a Judicial Officer

__/s/ with consent__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

## Tyerance Mickey
Print Defendant's Name

_Meredith Heller_
Defendant's Counsel's Signature

## Meredith S. Heller
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__2 · 19 · 21__
Date

_Kathleen H. Parker_
U.S. District Judge/U.S. Magistrate Judge